**Below is the Order of the Court.**

_____
**Timothy W. Dore**
**U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

Honorable Timothy W. Dore
October 21, 2011; 9:30 a.m.

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Bankruptcy No. 10-21832 |
| MARC WILSON and JENNIFER WILSON, | ) | |
| | ) | ORDER ALLOWING AND |
| Debtor(s). | ) | DISALLOWING CLAIMS |
| | ) | |

UPON THE PROOFS OF CLAIM of the creditors hereinafter set out, duly filed herein, either no objection having been filed to the allowance thereof by the parties in interest or the trustee's objection to the claims having been sustained, and it appearing that the said claims have been duly proven and should be allowed, and no adverse interest being represented, now, it is

ORDERED that said claims be and the same hereby are allowed in the respective sums set out opposite the several names, as follows, to-wit:

| CLAIM NO. | CLAIMANT | AMOUNT |
|---|---|---|
| | SECTION 501 GENERAL UNSECURED CLAIMS PURSUANT TO SECTION 726(a)(2)(A) | |
| 1 | Chase Bank USA NA | $ 10,639.34 |
| 2 | Chase Bank USA NA | $ 78,429.23 |
| 3 | Umqua Bank | $ 4,956.97 |
| 5 | Columbia State Bank | $ 7,705.32 |
| 6 | Seattle Home Appliance | $ 5,552.75 |

**ORDER ALLOWING AND
DISALLOWING CLAIMS**
110831jOrd  Page 1

THE RIGBY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

| | | | |
|---|---|---|---|
| 7 | American Express Bank FSB | $ | 13,569.34 |
| 8 | BECU | $ | 4,810.79 |
| 9 | BECU | $ | 13,063.24 |
| 10 | King County Wastewater | $ | 504.00 |
| 11 | Custom Touch Flooring | $ | 120,000.00 |
| 12 | Pacific Continental Bank | $ | 771,377.98 |
| | TOTAL: | $ | 1,030,608.96 |

IT IS FURTHER ORDERED that, after costs of administration are paid, the trustee will pay the above listed creditors on a pro rata basis pursuant to further order of the court.

IT IS FURTHER ORDERED that the trustee's objections to claims are hereby sustained as follows:

| CLAIM NO. | CLAIMANT | STATUS |
|---|---|---|
| 4 | MBRC | Claim Denied. |
| 8 | BECU | Allowed as a general unsecured claim in the amount of $4,810.79. |
| 9 | BECU | Allowed as a general unsecured claim in the amount of $13,063.24. |
| 12 | Pacific Continental Bank | Allowed as amended. |

////END OF ORDER////

Presented By:

THE RIGBY LAW FIRM

/S/ *Rory C. Livesey*

Rory C. Livesey, WSBA #17601
Of Attorneys for Trustee

The Rigby Law Firm
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

**ORDER ALLOWING AND
DISALLOWING CLAIMS**
110831jOrd  Page 2

THE RIGBY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826